518 A.2d 260

**JAY DEE CONTRACTORS, INC., and Fireman's Fund Insurance Companies**

v.

**NATIONAL MINE SERVICE CO., INC., Successor in Interest to Greensburg Manufacturing Company, a corporation, Appellant.**

Supreme Court of Pennsylvania.

Argued March 3, 1986.

Decided Dec. 5, 1986.

Robert L. Frantz, Ronald W. Crouch, Buchanan, Ingersoll, P.C., Pittsburgh, for appellant.

Bernard J. McAuley, Cathie J. Fagan, Wayman, Irvin & McAuley, Robert B. Keddie, Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.